UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CARLEEN WARRACK,<br><br>          Plaintiff,<br><br>     v.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRICT, et al.,<br><br>          Defendants | Case No.: 1:13-cv-00417 - AWI - JLT<br><br>ORDER CONTINUING THE SCHEDULING CONFERENCE |

In light of the parties' report that in they have agreed to engage in private mediation scheduled for July 15, 2013, the mandatory scheduling conference is **CONTINUED** to **July 30, 2013** at 9:00 a.m. The parties will <u>not</u> be required to submit an amended joint scheduling report in advance of the hearing, and telephonic appearances are authorized. However, they SHALL file a joint statement **<u>no later than July 19, 2013</u>** indicating whether the matter has settled or setting forth any reasons why the scheduling conference should not go forward.

IT IS SO ORDERED.

Dated:   **July 2, 2013**                        **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1