UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CARLEEN WARRACK,<br><br>  Plaintiff,<br><br>  v.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRICT, et al.,<br><br>  Defendants | Case No.: 1:13-cv-00417 - AWI - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 14) |

On July 29, 2013, Plaintiff notified the Court a settlement has been reached in this matter. (Doc. 14)  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **September 16, 2013**; and

2. All pending dates, motions, conferences and hearings are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **July 30, 2013**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

1