**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO DIVISION)**

| | |
|---|---|
| MARY CARLEEN WARRACK, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRICT, a governmental entity, ALAN BURGESS, an individual, ANDREW PETTY, an individual, GARY OLSEN, M.D., an individual, DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 1:13−CV−00417−AWI−JLT<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon stipulated request by all the parties to this action [Docket No. 16], and good cause appearing therefor, this matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   October 1, 2013                           _____
                                                                    SENIOR  DISTRICT  JUDGE

1

**ORDER OF DISMISSAL WITH PREJUDICE**
**1:13-CV-00417-AWI-JLT**